UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROMALIS A. HARTWELL #470562 | CIVIL ACTION |
| VERSUS | NO. 06-6261 |
| N. BURL CAIN, WARDEN | SECTION "H" |

## ORDER

Petitioner Romalis, a state court prisoner, filed a *pro se* petition for federal *habeas corpus* relief seeking an order vacating his state court convictions and sentences on two counts of armed robbery (La. Rev. Stat. 14:64). Petitioner seeks to vacate his convictions, contending that both his trial counsel rendered ineffective assistance and that there is insufficient evidence to sustain his convictions.

The Court referred the case to Magistrate Judge Joseph C. Wilkinson, Jr. who prepared a "Report and Recommendation" (Doc. 10) in which he recommends that Hartwell's petition for relief pursuant to 28 U.S.C. §2254 be denied with prejudice. Petitioner timely filed "Objections to the Magistrate's Report and Recommendation" (Doc. 11).

Pursuant to 28 U.S.C. §636(b)(1), the Court has conducted a *de novo* review of those portions of the Report and Recommendation objected to by petitioner. Upon review of the petition,

the entire state court record, and the applicable law, the Court concludes that the conclusions of the Magistrate Judge are fully supported by the record and the controlling case law. Accordingly, the Court hereby overrules petitioner's objections, approves the Report and Recommendation of the United States Magistrate Judge and adopts the Report and Recommendation as the opinion in this matter. Accordingly,

**IT IS ORDERED** that Romalis A. Hartwell's petition for *habeas corpus* relief is hereby dismissed with prejudice.

New Orleans, Louisiana, this 31st day of August, 2007.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE
